# EXHIBIT A

District 1

## Case Summary
### Case No. 2024L003661

| | | | |
|---|---|---|---|
| BRANDON SMIETANA,SKYCOIN GLOBAL FOUNDATION LIMITED,SYMBOLIC ANALYTICS INC.-vs-BRADFORD STEPHENS,AARON KUNSTMAN,RYAN EAGLE,JOEL CUTHRIELL,MORGEN PECK,CATHERINE BYERLY,AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE,UNKNOWN INDIVIDUALS AND COMPANIES | § § § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: Cook County Attorney Number: Cook County Attorney Number: Cook County Attorney Number: Cook County Attorney Number: | District 1 Calendar, W 04/04/2024 48525 99500 65708 100236 64951 |

### Case Information

Case Type: Fraud - Non Jury
Case Status: 04/04/2024 Pending

### Assignment Information

**Current Case Assignment**
Case Number 2024L003661
Court District 1
Date Assigned 04/04/2024
Judicial Officer Calendar, W

### Party Information

*Lead Attorneys*

**Plaintiff** SKYCOIN GLOBAL FOUNDATION LIMITED

SMIETANA, BRANDON

**Karamanis, James Andreas**
*Retained*
312-553-5300(W)
180 N STETSON 3050
CHICAGO, IL 60601

SYMBOLIC ANALYTICS INC.

**Defendant** AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE

BYERLY, CATHERINE

CUTHRIELL, JOEL WAYNE

EAGLE, RYAN

**Svoboda, George William**
*Retained*
224-360-0696(W)
P.O. Box 1299
McHenry, IL 60051

KUNSTMAN, AARON

PECK, MORGEN

STEPHENS, BRADFORD

UNKNOWN INDIVIDUALS AND COMPANIES

### Events and Orders of the Court

11/12/2024 **Status Hearing** (9:00 AM) (Judicial Officer: Donnelly, Thomas M)
  Resource: Location L1912 Court Room 1912
  Resource: Location D1 Richard J Daley Center

| Date | Entry |
|---|---|
| 09/17/2024 | Case Set On Status Call - Continued - (Judicial Officer: Donnelly, Thomas M) <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/17/2024 | Case Assigned to Zoom Hearing - Allowed (Judicial Officer: Donnelly, Thomas M) |
| 09/17/2024 | File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Donnelly, Thomas M) <br> Party: Defendant STEPHENS, BRADFORD |
| 09/17/2024 | **Status Hearing** (9:00 AM) (Judicial Officer: Donnelly, Thomas M) <br> Resource: Location L1912 Court Room 1912 <br> Resource: Location D1 Richard J Daley Center <br> **MINUTES - 09/17/2024** <br>      File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Donnelly, Thomas M) <br>        Party: Defendant STEPHENS, BRADFORD <br>      Case Set On Status Call - Continued - (Judicial Officer: Donnelly, Thomas M) <br>        Party: Plaintiff SMIETANA, BRANDON <br>      Case Assigned to Zoom Hearing - Allowed (Judicial Officer: Donnelly, Thomas M) <br> **Status Hearing** (11/12/2024 at 9:00 AM) (Judicial Officer: Donnelly, Thomas M) <br> Resource: Location L1912 Court Room 1912 <br> Resource: Location D1 Richard J Daley Center <br> Continued; |
| 09/16/2024 | Alias Summons Issued <br> *Alias Summons -Bradford, Stephens (289 Clinton Ave., Apt. 2, Brooklyn, NY 11205)* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/13/2024 | Alias Summons Issued <br> *Alias Summons - Byerly, Catherine J.* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/13/2024 | Alias Summons Issued <br> *Alias Summons - Kunstman, Aaron* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/13/2024 | Alias Summons Issued <br> *Alias Summons - Peck, Morgan* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/13/2024 | Alias Summons Issued <br> *Alias Summons -Bradford, Stephens (801 North Brand Blvd)* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/13/2024 | Alias Summons Issued <br> *Alias Summons -Bradford, Stephens (1649 N. Fairfield Ave)* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/11/2024 | Motion Filed <br> *UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER* <br> Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 09/11/2024 | Notice Of Motion Filed <br> *Notice of Motion - For Extension - Updated* <br> Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 09/09/2024 | Amended Complaint Filed <br> *Second Amended Complaint at Law* <br> Party: Plaintiff SMIETANA, BRANDON |
| 09/09/2024 | Notice Of Filing Filed <br> *Notice of Filing - Second Amended Complaint* <br> Party: Plaintiff SMIETANA, BRANDON |

| | |
|---|---|
| 09/05/2024 | **Affidavit Filed**<br>*Verified Statement of Out-of-State Attorney Pursuant to Supreme Court Rule 707 for Nimra Hameed Azmi*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 09/05/2024 | **Notice Of Filing Filed**<br>*Smietana v. Stephens - Notice of Filing - Azmi 707 Statement*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 09/05/2024 | **Application Filed**<br>*Verified Statement of Out-of-State Attorney Pursuant to Supreme Court Rule 707*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 09/05/2024 | **Notice Filed**<br>*Smietana v. Stephens - Notice of Filing - Bolger 707 Statement*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 08/29/2024 | **Notice Of Motion Filed**<br>*Notice of Motion - UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 08/27/2024 | *CANCELED* **Status Hearing** (9:00 AM) (Judicial Officer: Donnelly, Thomas M)<br>Resource: Location L1912 Court Room 1912<br>Resource: Location D1 Richard J Daley Center<br>*Stricken* |
| 08/26/2024 | **File Appearance Or Jury Demand, Answer Or Plead - Allowed -** (Judicial Officer: Donnelly, Thomas M)<br>Party: Defendant EAGLE, RYAN |
| 08/26/2024 | **Court Date To Stand - Allowed** (Judicial Officer: Donnelly, Thomas M)<br>9/17/24<br>Party: Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED;<br>Plaintiff SMIETANA, BRANDON;<br>Plaintiff SYMBOLIC ANALYTICS INC. |
| 08/26/2024 | **Amend Complaint Or Petition - Allowed -** (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED;<br>Plaintiff SMIETANA, BRANDON;<br>Plaintiff SYMBOLIC ANALYTICS INC. |
| 08/26/2024 | **Extend Time - Allowed -** (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED;<br>Plaintiff SMIETANA, BRANDON;<br>Plaintiff SYMBOLIC ANALYTICS INC. |
| 08/26/2024 | **Notice Of Motion Filed**<br>*Notice of Emergency Motion for Extension of Time to Replead*<br>Party: Plaintiff SMIETANA, BRANDON |
| 08/23/2024 | **Emergency Motion Filed**<br>*Emergency Motion for Extension of Time to Replead*<br>Party: Plaintiff SMIETANA, BRANDON |
| 08/23/2024 | **Appearance Filed - Fee Paid -**<br>*Appearance of Davis Wright Tremaine, LLP by Harris L. Kay for The New Yorker Magazine*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 08/23/2024 | **Motion For Extension Of Time (Scr 323E) Filed**<br>*UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER (INCORRECTLY SUED HEREIN AS ???AMERICAN PUBLISHERS, INC. d/b/a COND?? NAST AND d/b/a THE NEW YORKER MAGAZINE???)*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |

| | |
|---|---|
| 08/23/2024 | Notice Of Filing Filed<br>*Notice of Filing - Appearance and Unopposed Motion for Extension of Time*<br>Party: Defendant AMERICAN PUBLISHERS, INC. d/b/a CONDE NAST and d/b/a THE NEW YORKER MAGAZINE |
| 08/21/2024 | Strike From Case Management Call - Allowed    (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SMIETANA, BRANDON |
| 08/21/2024 | Case Set On Status Call - Continued -    (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SMIETANA, BRANDON |
| 08/21/2024 | File Appearance Or Jury Demand, Answer Or Plead - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>Party: Defendant EAGLE, RYAN |
| 08/21/2024 | Strike,Withdraw Compl,Amended Compl,Portion Thereof - Dnd -    (Judicial Officer: Donnelly, Thomas M)<br>Party: Defendant EAGLE, RYAN |
| 08/21/2024 | Amend Complaint Or Petition - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SMIETANA, BRANDON |
| 08/21/2024 | Strike,Withdraw Compl,Amended Compl,Portion Thereof -Alw-    (Judicial Officer: Donnelly, Thomas M)<br>Party: Defendant EAGLE, RYAN |
| 08/21/2024 | Dismiss, Strike Or Withdraw A Specific Defendant - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>Party: Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED;<br>       Plaintiff SMIETANA, BRANDON;<br>       Plaintiff SYMBOLIC ANALYTICS INC. |
| 08/21/2024 | **Continued Case Management**  (9:00 AM)   (Judicial Officer: Donnelly, Thomas M)<br>Resource: Location L1912 Court Room 1912<br>Resource: Location D1 Richard J Daley Center<br>**MINUTES - 08/21/2024**<br><br>    Dismiss, Strike Or Withdraw A Specific Defendant - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED;<br>               Plaintiff SMIETANA, BRANDON;<br>               Plaintiff SYMBOLIC ANALYTICS INC.<br><br>    Strike,Withdraw Compl,Amended Compl,Portion Thereof -Alw-    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Defendant EAGLE, RYAN<br><br>    Strike,Withdraw Compl,Amended Compl,Portion Thereof - Dnd -    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Defendant EAGLE, RYAN<br><br>    Amend Complaint Or Petition - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Plaintiff SMIETANA, BRANDON<br><br>    File Appearance Or Jury Demand, Answer Or Plead - Allowed -    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Defendant EAGLE, RYAN<br><br>    Case Set On Status Call - Continued -    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Plaintiff SMIETANA, BRANDON<br><br>    Strike From Case Management Call - Allowed    (Judicial Officer: Donnelly, Thomas M)<br>        Party: Plaintiff SMIETANA, BRANDON<br><br>**Status Hearing**  (09/17/2024 at 9:00 AM)   (Judicial Officer: Donnelly, Thomas M)<br>    Resource: Location L1912 Court Room 1912<br>    Resource: Location D1 Richard J Daley Center<br>Continued; |
| 07/29/2024 | Motion To Dismiss Filed<br>Party: Defendant EAGLE, RYAN |
| 07/29/2024 | Notice Of Motion Filed<br>Party: Defendant EAGLE, RYAN |
| 07/26/2024 | Alias Summons Issued<br>*Brandon Stephens (@ Wife's Address)*<br>Party: Plaintiff SMIETANA, BRANDON |

| | |
|---|---|
| 07/24/2024 | **Amended Complaint Filed**<br>*Amended Complaint at Law*<br>   Party:   Plaintiff SMIETANA, BRANDON |
| 07/10/2024 | **Case Set On Status Call - Continued -**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Plaintiff SMIETANA, BRANDON |
| 07/10/2024 | **Case Assigned to Zoom Hearing - Allowed**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Plaintiff SMIETANA, BRANDON |
| 07/10/2024 | **File Appearance Or Jury Demand, Answer Or Plead - Allowed -**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Defendant STEPHENS, BRADFORD |
| 07/10/2024 | **Amend Complaint Or Petition - Allowed -**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Plaintiff SMIETANA, BRANDON |
| 07/10/2024 | **Strike,Withdraw Compl,Amended Compl,Portion Thereof -Alw-**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Plaintiff SMIETANA, BRANDON |
| 07/10/2024 | **First Time Case Management**   (9:00 AM)  (Judicial Officer: Calendar, W)<br>   Resource: Location L1912 Court Room 1912<br>   Resource: Location D1 Richard J Daley Center<br>   **MINUTES - 07/10/2024**<br>       Strike,Withdraw Compl,Amended Compl,Portion Thereof -Alw-   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Plaintiff SMIETANA, BRANDON<br>       Amend Complaint Or Petition - Allowed -   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Plaintiff SMIETANA, BRANDON<br>       File Appearance Or Jury Demand, Answer Or Plead - Allowed –   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Defendant STEPHENS, BRADFORD<br>       Case Set On Status Call - Continued -   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Plaintiff SMIETANA, BRANDON<br>       Case Assigned to Zoom Hearing - Allowed   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Plaintiff SMIETANA, BRANDON<br>   *CANCELED* **Status Hearing**   (08/27/2024 at 9:00 AM)  (Judicial Officer: Donnelly, Thomas M)<br>     Resource: Location L1912 Court Room 1912<br>     Resource: Location D1 Richard J Daley Center<br>     *Stricken*<br>   Continued; |
| 06/28/2024 | **Motion To Dismiss Filed**<br>   Party:   Defendant EAGLE, RYAN |
| 06/28/2024 | **Notice Of Motion Filed**<br>   Party:   Defendant EAGLE, RYAN |
| 06/18/2024 | **Appearance Filed - Fee Paid -**<br>   Party:   Defendant EAGLE, RYAN<br>   Party 2:   Attorney Svoboda, George William |
| 06/12/2024 | **Appearance Filed - Fee Paid -**<br>   Party:   Defendant CUTHRIELL, JOEL WAYNE |
| 06/11/2024 | **Appoint Special Deputy - Allowed -**    (Judicial Officer: Donnelly, Thomas M)<br>   Party:   Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED |
| 06/11/2024 | **Continued Case Management**   (9:00 AM)  (Judicial Officer: Donnelly, Thomas M)<br>   Resource: Location L1912 Court Room 1912<br>   Resource: Location D1 Richard J Daley Center<br>   **MINUTES - 06/11/2024**<br>       Appoint Special Deputy - Allowed -   (Judicial Officer: Donnelly, Thomas M)<br>          Party:   Plaintiff SKYCOIN GLOBAL FOUNDATION LIMITED<br>   Allowed; |

| Date | |
|---|---|
| 06/06/2024 | Electronic Notice Sent<br>    Party:   Plaintiff SMIETANA, BRANDON<br>    Party 2:   Attorney Karamanis, James Andreas |
| 06/06/2024 | Electronic Notice Sent<br>    Party:   Plaintiff SMIETANA, BRANDON<br>    Party 2:   Attorney Karamanis, James Andreas |
| 06/06/2024 | Electronic Notice Sent<br>    Party:   Plaintiff SMIETANA, BRANDON<br>    Party 2:   Attorney Karamanis, James Andreas |
| 05/30/2024 | Motion For Appointment Of Special Process Server Filed<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Ryan Eagle Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Joel Wayne Cuthriell Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Bradford Stephens Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Aaron Kunstman Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Catherine Byerly Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Conde Naste/American Publishers Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 05/30/2024 | Summons Issued And Returnable<br>    *Morgen E. Peck Summons*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 04/05/2024 | Exhibits Filed<br>    *Exhibits to Complaint*<br>    Party:   Plaintiff SMIETANA, BRANDON |
| 04/04/2024 | New Case Filing |
| 04/04/2024 | Fraud Complaint Filed<br>    *Complaint at Law*<br>    Party:   Plaintiff SMIETANA, BRANDON<br>    Party 2:   Attorney Karamanis, James Andreas |