# EXHIBIT G

FILED
8/23/2024 1:48 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L003661
Calendar, W
29082732

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BRANDON Smietana, Skycoin Global Foundation Limited, a Singapore Company, and Symbolic Analytics Inc., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Bradford Stephens, Aaron Kunstman, Ryan Eagle, Joel Wayne Cuthriell, Morgen Peck, Catherine Byerly, American Publishers, Inc. d/b/a Condé Nast, and d/b/a The New Yorker Magazine, and Unknown Individuals and Companies, <br><br> Defendant. | Case No: 2024L003661 <br><br> Calendar W |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT
ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER
(INCORRECTLY SUED HEREIN AS "AMERICAN PUBLISHERS,
INC. d/b/a CONDÉ NAST AND d/b/a THE NEW YORKER MAGAZINE")**

Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker (incorrectly sued herein as "American Publishers, Inc. d/b/a Condé Nast and d/b/a The New Yorker Magazine"), by counsel, respectfully requests that this Court extend by 60 days the time by which it must answer or otherwise respond to the Complaint filed in this matter, until October 21, 2024. This requested extension is not presented for purposes of delay, but rather to allow Defendant to prepare the most appropriate responsive pleading to Plaintiff's Complaint. Defendant has agreed to accept service in exchange for Plaintiff's agreement to extend the time to answer or otherwise plead. Counsel has only recently been retained and wishes to have additional time to investigate Plaintiff's claims and prepare its response accordingly. This motion is filed in good faith and no prejudice will result to the Plaintiff by the granting of this motion.

4870-0297-9803v.1 -

Dated: August 23, 2024

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    */s/ Harris L. Kay*

    Harris L. Kay
    Conor McDonough
    300 North LaSalle Street, Suite 2200
    Chicago, IL 60654
    Phone: (312) 820-5460
    harriskay@dwt.com
    conormcdonough@dwt.com

    *Attorneys for Defendant, The New Yorker Magazine*

FILED DATE: 8/23/2024 1:48 PM   2024L003661