IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-08617 |

## NOTIFICATION OF AFFILIATES

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker certifies that it is an indirect wholly-owned subsidiary of Advance Publications, Inc. No publicly held corporation owns 5% or more of Advance Magazine Publishers, Inc. or Advance Publications, Inc.'s stock.

Dated: September 18, 2024

    Respectfully submitted,
    DAVIS WRIGHT TREMAINE LLP
    */s/ Harris L. Kay*
    Harris L. Kay
    Conor McDonough
    300 North LaSalle Street, Suite 2200
    Chicago, IL 60654
    Phone: (312) 820-5460
    harriskay@dwt.com
    conormcdonough@dwt.com

    Kate Bolger (*pro hac vice* forthcoming)
    Nimra H. Azmi (*pro hac vice* forthcoming)
    1251 Avenue of the Americas, Floor 21
    New York, NY 10020
    Phone: (212) 489-8230
    katebolger@dwt.com
    nimraazmi@dwt.com

    *Attorneys for Defendant Advance Magazine*
    *Publishers Inc. d/b/a The New Yorker*