**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brandon Smietana, et al, v. Bradford Stephens, et al.

Case Number: 24-cv-08617

An appearance is hereby filed by the undersigned as attorney for:

Advance Magazine Publishers Inc. d/b/a The New Yorker

Attorney name (type or print): Katherine M. Bolger

Firm: Davis Wright Tremaine LLP

Street address: 1251 Avenue of the Americas, Floor 21

City/State/Zip: New York, NY 10020-1104

Bar ID Number: 2976868
(See item 3 in instructions)

Telephone Number: 212.402.8230

Email Address: katebolger@dwt.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 19, 2024

Attorney signature: S/ Katherine M. Bolger
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023