IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>Defendants. | Civil Action No. 24-cv-08617 |

**[PROPOSED] ORDER GRANTING DEFENDANT THE NEW YORKER'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

THIS MATTER is before the Court on Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker's ("The New Yorker") Motion for an Extension of Time to Respond to Plaintiffs' Second Amended Complaint. The New Yorker requests an extension to its current deadline until October 21, 2024 to respond to Plaintiffs' complaint in this removed action. The New Yorker's response to Plaintiffs' complaint is presently due on September 24, 2024 pursuant to Fed. R. Civ. P. 81(2)(C). Upon consideration of the Motion, it is hereby

ORDERED that the Motion is GRANTED. The deadline for The New Yorker to respond to Plaintiffs' Second Amended Complaint is hereby extended to October 21, 2024.

September ___, 2024

_____
THE HONORABLE JAMES R. BLAKEY
UNITED STATES DISTRICT JUDGE