# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>Defendants. | Civil Action No. 24-cv-08617 |

## NOTICE OF PRESENTMENT

To: All Counsel of Record in this matter, notified via CM-ECF.

PLEASE TAKE NOTICE that on Wednesday, October 9, 2024, at 11:00 a.m., counsel will appear before The Honorable John Robert Blakey in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES, a copy of which is filed simultaneously.

Dated: October 1, 2024

Respectfully submitted,

| | |
|---|---|
| BARNEY & KARAMANIS, LLP<br>*/s/ James A. Karamanis* | DAVIS WRIGHT TREMAINE LLP<br>*/s/ Kate Bolger* |
| James A. Karamanis<br>180 N. Stetson Avenue, Suite 3050<br>Chicago, IL 60601<br>Phone: (312) 553-5300<br>james@bkchicagolaw.com<br><br>*Attorneys for Plaintiffs* | Kate Bolger<br>Nimra H. Azmi (*pro hac vice* forthcoming)<br>1251 Avenue of the Americas, Floor 21<br>New York, NY 10020<br>Phone: (212) 489-8230<br>katebolger@dwt.com<br>nimraazmi@dwt.com<br><br>*Attorneys for Advance Magazine Publishers Inc.*<br>*d/b/a The New Yorker* |