# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Smietana et al. v. Stephens et al.

Case Number: 1:24-cv-08617

An appearance is hereby filed by the undersigned as attorney for:
Brandon Smietana, Skycoin Global Foundation Limited and Symbolic Analytics, Inc.

Attorney name (type or print): James A. Karamanis

Firm: Barney & Karamanis, LLP.

Street address: 180 N. Stetson, Suite 3050

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 62032479
(See item 3 in instructions)

Telephone Number: 312-553-5300

Email Address: james@bkchicagolaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 8, 2024

Attorney signature: S/ James A.Karamanis
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023