UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Brandon Smietana, et al.
                                  Plaintiff,

v.                                                        Case No.: 1:24−cv−08617
                                                                       Honorable John Robert Blakey

Bradford Stephens, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of Defendant's motion to dismiss [15]. Plaintiff is advised to review the Court's Standing Order on Motions to Dismiss, which is available on the Court's homepage at www.ilnd.uscourts.gov. Consistent with the purpose of the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Court's Standing Order requires Plaintiff to make an election as to whether Plaintiff will amend the complaint under Rule 15(a)(1), or stand on the current complaint and proceed with briefing on the motion to dismiss. To this end, Plaintiff shall file either: (1) an amended complaint within the time limit set forth in Fed. R. Civ. P. 15(a)(1)(B) by 11/11/2024 or (2) a response to the motion to dismiss by 11/18/2024. If Plaintiff files a response, Defendant shall file a reply by 12/2/2024. If Plaintiff elects to amend its pleading in response to the motion to dismiss, then Defendant shall file within 21 days of the amended pleading either: (1) an answer; or (2) a revised motion to dismiss. Motion hearing set for 10/30/2024 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.