IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGAN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES, <br><br>Defendants. | No. 24-cv-08617 <br><br>Judge John Robert Blakey <br><br>Magistrate Judge Keri L. Holleb Hotaling |

## UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES

Pursuant to Local Rule 83.17, undersigned counsel respectfully requests leave for Brian Sher and Steven Trubac of Bryan Cave Leighton Paisner LLP, both members in good standing of this Court's General Bar, to enter additional appearances as counsel for defendant Advance Magazine Publishers Inc. d/b/a The New Yorker in this action. Counsel for Plaintiffs do not oppose this motion.

Dated: October 24, 2024

Respectfully submitted,

*/s/ Brian Sher*
Brian Sher
Steve Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: 312-602-5000
Fax: 312-602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Defendant Advance Magazine Publishers d/b/a The New Yorker*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 24, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

                                              */s/ Brian Sher*
                                              Brian Sher