**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation, | No. 24-cv-08617 |
| Plaintiffs, | Judge John Robert Blakey |
| v. | Magistrate Judge Keri L. Holleb Hotaling |
| BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGAN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES, | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO**
**FILE ADDITIONAL APPEARANCES**

Please take notice that on October 30, 2024, at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable John Robert Blakey or any other judge sitting in his stead in Courtroom 1203 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present their Unopposed Motion for Leave to File Additional Appearances, a copy of which is served upon you.

Dated: October 24, 2024            Respectfully submitted,

*/s/ Brian Sher*
Brian Sher
Steve Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: 312-602-5000
Fax: 312-602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for defendant Advance Magazine Publishers d/b/a The New Yorker*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 24, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Brian Sher*
Brian Sher