# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>　　　　　Defendants. | Civil Action No. 24-cv-08617<br><br><br>Judge: Hon. John Robert Blakey<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, November 20, 2024, at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel for the parties shall appear before the Honorable John Robert Blakey, or any other judge sitting in his stead, in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the Parties' Agreed Motion to Stay Discovery.

Respectfully submitted,

Dated: November 8, 2024

| | |
|---|---|
| */s/ James A. Karamanis*<br>James A. Karamanis<br>Barney & Karamanis, LLP<br>180 N. Stetson Avenue, Suite 3050<br>Chicago, Illinois 60601<br>Phone: (312) 553-5300<br>james@bkchicagolaw.com | */s/ Kate Bolger*<br>Kate Bolger<br>Nimra H. Azmi (*pro hac vice* forthcoming)<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, Floor 21<br>New York, NY 10020<br>Phone: (212) 489-8230 |

| | |
|---|---|
| *Attorneys for Plaintiffs* | katebolger@dwt.com<br>nimraazmi@dwt.com<br><br>Conor McDonough<br>Davis Wright Tremaine LLP<br>300 North LaSalle Street, Suite 2200<br>Chicago, Illinois 60654<br>Phone: (312) 820-5460<br>conormcdonough@dwt.com<br><br>Brian Sher<br>Steve Trubac<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601<br>Phone: 312-602-5000<br>brian.sher@bclplaw.com<br>steve.trubac@bclplaw.com<br><br>*Attorneys for Defendant Advance Magazine Publishers d/b/a The New Yorker* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kate Bolger*
Kate Bolger
