IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>Defendants. | Civil Action No. 24-cv-08617<br><br>Judge: Honorable Hon. John Robert Blakey<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

## JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES

Plaintiffs Brandon Smietana, Skycoin Global Foundation Limited, and Symbolic Analytics Inc. ("Plaintiffs") and Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker's ("Defendant") (together, the "Parties") through their respective counsel, hereby move for leave to file briefs in excess of 15 pages as follows:

1. Defendant expects that its Motion to Dismiss and Memorandum in Support will exceed the fifteen-page limitation of Local Rule 7.1. Defendant reasonably believes that more pages are necessary to adequately address Plaintiffs' Third Amended Complaint, the legal issues in this case, and Defendant's various defenses.

2. The Parties have agreed that good cause exists to allow Defendant to file a Memorandum in Support of its Motion to Dismiss of up to 20 pages and to likewise allow Plaintiffs to file a Response Brief of up to 20 pages. The Parties respectfully request the Court enter an order allowing the Parties to file their briefs in excess of 15 pages.

3. This motion is made in good faith and is not being brought for purposes of delay. The granting of this request will not prejudice any party, nor delay the proceedings in this case

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion and enter an order granting Defendant leave to file their Memorandum in Support of its Motion to Dismiss in excess of 15 pages and up to and including 20 pages and granting Plaintiffs leave to file their Response to Defendant's Motion to Dismiss in excess of 15 pages and up to and including 20 pages.

Dated: November 18, 2024

Respectfully submitted,

| | |
|---|---|
| BARNEY & KARAMANIS, LLP<br>*/s/James A. Karamanis* | DAVIS WRIGHT TREMAINE LLP<br>*/s/ Kate Bolger* |
| James A. Karamanis<br>180 N. Stetson Avenue, Suite 3050<br>Chicago, IL 60601<br>Phone: (312) 553-5300<br>james@bkchicagolaw.com<br><br>*Attorneys for Plaintiffs* | Kate Bolger<br>Nimra H. Azmi (*pro hac vice* forthcoming)<br>1251 Avenue of the Americas, Floor 21<br>New York, NY 10020<br>Phone: (212) 489-8230<br>katebolger@dwt.com<br>nimraazmi@dwt.com<br><br>Brian Sher<br>Steve Trubac<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601<br>Tel: 312-602-5000<br>Fax: 312-602-5050<br>brian.sher@bclplaw.com<br>steve.trubac@bclplaw.com<br><br>*Attorneys for Advance Magazine Publishers Inc. d/b/a The New Yorker* |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kate Bolger*
Kate Bolger