# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>    Defendants. | Civil Action No. 24-cv-08617<br><br>Judge: Honorable Hon. John Robert Blakey<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

## NOTICE OF MOTION

To: All Counsel of Record in this matter, notified via CM-ECF.

    PLEASE TAKE NOTICE that on Wednesday, November 27, 2024, at 11:00 a.m., counsel will appear before The Honorable John Robert Blakey in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES, a copy of which is filed simultaneously.

Dated: November 18, 2024

Respectfully submitted,

| | |
|---|---|
| BARNEY & KARAMANIS, LLP<br>*/s/James A. Karamanis* | DAVIS WRIGHT TREMAINE LLP<br>*/s/ Kate Bolger* |
| James A. Karamanis<br>180 N. Stetson Avenue, Suite 3050<br>Chicago, IL 60601<br>Phone: (312) 553-5300<br>james@bkchicagolaw.com<br><br>*Attorneys for Plaintiffs* | Kate Bolger<br>Nimra H. Azmi (*pro hac vice* forthcoming)<br>1251 Avenue of the Americas, Floor 21<br>New York, NY 10020<br>Phone: (212) 489-8230<br>katebolger@dwt.com<br>nimraazmi@dwt.com<br><br>Brian Sher<br>Steve Trubac<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601<br>Tel: 312-602-5000<br>Fax: 312-602-5050<br>brian.sher@bclplaw.com<br>steve.trubac@bclplaw.com<br><br>*Attorneys for Advance Magazine Publishers Inc.*<br>*d/b/a The New Yorker* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kate Bolger*
Kate Bolger
