# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>Defendants. | Civil Action No. 24-cv-08617<br><br>Judge: Honorable Hon. John Robert Blakey<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

## NOTICE OF MOTION TO APPEAR PRO HAC VICE

PLEASE TAKE NOTICE that on Wednesday, November 27, 2024, at 11:00 a.m., counsel will appear before The Honorable John Robert Blakey in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present NIMRA H. AZMI'S MOTION TO APPEAR PRO HAC VICE, a copy of which is filed simultaneously.

Dated: November 19, 2024

Respectfully submitted,

2

          DAVIS WRIGHT TREMAINE LLP
          */s/ Nimra H. Azmi*

          Nimra H. Azmi (*pro hac vice* pending)
          1251 Avenue of the Americas, Floor 21
          New York, NY 10020
          Phone: (212) 489-8230
          nimraazmi@dwt.com

          *Attorneys for Advance Magazine Publishers Inc.*
          *d/b/a The New Yorker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Nimra H. Azmi*
Nimra H. Azmi