# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Brandon Smietana, et al.
                              Plaintiff,

v.                                                             Case No.: 1:24−cv−08617
                                                            Honorable John Robert Blakey

Bradford Stephens, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Nimra H. Azmi's motion for leave to appear pro hac vice [34] is granted. Motion hearing set for 11/27/2024 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.