# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore company, and SYMBOLIC ANALYTICS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS and COMPANIES,<br><br>Defendants. | Civil Action No. 24-cv-08617<br><br>Judge: Hon. John Robert Blakey<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, December 11, 2024, at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable John Robert Blakey, or any other judge sitting in his stead, in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Defendant Advance Magazine Publishers, Inc. d/b/a The New Yorker's Opposed Motion to Dismiss the Third Amended Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(3) & 28 U.S.C. § 1406(a), or in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a).

Dated: December 2, 2024                     Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            */s/ Kate Bolger*
                                            Kate Bolger

Nimra H. Azmi (*pro hac vice*)
1251 Avenue of the Americas, Floor 21
New York, NY 10020
Phone: (212) 489-8230
katebolger@dwt.com
nimraazmi@dwt.com

Conor McDonough
300 North LaSalle Street, Suite 2200
Chicago, IL 60654
Phone: (312) 820-5460
conormcdonough@dwt.com

Brian Sher
Steve Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark, Suite 4300
Chicago, Illinois 60601
Phone: (312) 602-5000
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ *Kate Bolger*
Kate Bolger