UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMIETANA, SKYCOIN GLOBAL FOUNDATION LIMITED, a Singapore Company, and SYMBOLIC ANALYTICS INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD STEPHENS, AARON KUNSTMAN, JOEL WAYNE CUTHRIELL, MORGEN PECK, CATHERINE BYERLY, ADVANCE MAGAZINE PUBLISHERS, INC., d/b/a THE NEW YORKER, and UNKNOWN INDIVIDUALS AND COMPANIES, <br><br> Defendants. | Case No. 24-cv-08617 <br><br> Honorable John Robert Blakey |

**DEFENDANT CATHERINE BYERLY'S
AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Catherine Byerly ("Byerly"), by and through her undersigned counsel, Cole Sadkin, LLC, for her Agreed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Third Amended Complaint, states as follows:

1. Plaintiffs filed their Third Amended Complaint on November 11, 2024 [Dkt. 28].

2. Byerly was served on or about April 7, 2025.

3. Byerly seeks an additional thirty days, up to and including June 11, 2025, to answer or otherwise plead to Plaintiffs' Third Amended Complaint.

4. Byerly's requested relief will not prejudice any party to this action.

5. Plaintiffs are in agreement with the relief sought in this Motion.

6. This is Byerly's first request for an extension of time in this matter.

WHEREFORE, Defendant Catherine Byerly respectfully requests that this Honorable Court extend the deadline by which Byerly must answer or otherwise plead to Plaintiffs' Third Amended Complaint by thirty days, up to and including June 11, 2025, and for any such further relief as this Honorable Court deems appropriate.

Respectfully submitted,

*/s/ Anthony F. Scarpiniti*

**Cole Sadkin, LLC**
Dean Barakat (ARDC No. 6255594)
Anthony F. Scarpiniti (ARDC No. 6342607)
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
(312) 548-8610
dbarakat@colesadkin.com
ascarpiniti@colesadkin.com
*Counsel for Defendant Catherine Byerly*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony F. Scarpiniti*