UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Brandon Smietana, et al.
                                Plaintiff,
v.                                                          Case No.: 1:24−cv−08617
                                                            Honorable John Robert Blakey
Bradford Stephens, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

    MINUTE entry before the Honorable John Robert Blakey: On 11/11/24, Plaintiffs filed a third amended complaint, [28], naming six Defendants (Bradford Stephens, Aaron Kunstman, Ryan Eagle, Joel Wayne Cuthriell, Morgan Peck, Catherin Byerly, and American Publishers, Inc.), along with "unknown individuals and companies." Defendant Advance Magazine Publishers Inc. moved to dismiss or, in the alternative, to transfer, see [37], and that motion remains fully briefed. Summons issued 4/2/25 as to Defendants Bradford Stephens, Aaron Kunstman, and Catherine Byerly, making their answers due 4/23/25. Defendant Byerly has now filed an agreed motion seeking additional time to respond to the third amended complaint, see [66]. The Court grants the motion [66], strikes the 5/21/25 Notice of Motion date, and orders all served Defendants to respond to the complaint by 6/11/25 if they have not already done so. Finally, although summons issued as to some of the other Defendants when the case was proceeding in Cook County Circuit Court, before Defendants removed the matter, see [1−2] at 303−320 (showing alias summons issued as to Peck, Stephens, Byerly, and Kunstman but no return of service), it is not clear that all of the individual Defendants have been served; nor does it appear that Plaintiffs have served, or even identified, any of the "unknown individuals or companies" named in the complaint's caption. Plaintiffs must therefore file a status report by 5/30/25 concerning service and showing cause why any unserved or unidentified Defendants should not be dismissed under Fed. R. Civ. P. 4(m). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.