# EXHIBIT A

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 24-cv-08617**

**Brandon Smietana, et al.**

Plaintiff

**vs.**

**Bradford Stephens, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Bradford Stephens**, at **9 N. Fairfield Ave., #7J, Chicago, IL 60647**, with the **Alias Summons & Third Amended Complaint; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

04/05/2025    11:11 AM    This address does not exist. USPS Confirms this is not a valid address.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 4/9/2025.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Barney & Karamanis, LLP**
FILE #:

Job #: **614709**

# CERTIFICATE OF NON SERVICE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Case #: 2024L003661

**Brandon Smietana, et al.**

vs.                                                                                      Plaintiff

**Bradford Stephens, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Bradford Stephens**, at **289 Clinton Ave., Apt 2, Brooklyn, NY 11205**, with the **Alias Summons & Second Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

09/21/2024     01:10 PM     Spoke to the current occupant who stated the defendant moved and no longer resides here.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 9/30/2024.

*Cecil Holloway*
Cecil Holloway

CLIENT: **Barney & Karamanis, LLP**
FILE #:

Job #: **589552**

## CERTIFICATE OF NON SERVICE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                    Case #: 2024L003661

---

**Brandon Smietana, et al.**

Plaintiff

**vs.**

**Bradford Stephens, et al.**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Brandon Stephens c/o ServiceTitan, Inc.**, at **801 N Brand Blvd., Ste 700, Glendale, CA 91203**, with the **Alias Summons & Second Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

09/17/2024     03:05 PM     Building security stated ServiceTitan moved to 800 N Brand Blvd, Glendale.

09/19/2024     09:25 AM     At 800 N Brand Blvd, security stated ServiceTitan occupies the 14th and 15th floors. Security called up and employee Andrew Saxsma came down. He stated Brandon Stephens is not known.



Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 9/19/2024.

Bruce Anderson

Registration No: Los Angeles #2016038557

## CERTIFICATE OF NON SERVICE

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**          **Case #: 2024L003661**

**Brandon Smietana, et al.**

Plaintiff

vs.

**Bradford Stephens, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Bradford Stephens**, at **1649 N Fairfield Ave., Chicago, IL 60647**, with the **Alias Summons & Second Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

09/15/2024   06:25 PM   This is a single family home. There are no names on the doorbell or mailbox. I spoke with a male Caucasian 45 who said this is an Air bnb and he believes Bradford Stephens is the owner. He does not know where Bradford lives. The person I spoke with on this attempt is a different person than the person I spoke with when I attempted several weeks ago.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 9/17/2024.

Steven A. Stosur
Registration No: 117-001119

## CERTIFICATE OF NON SERVICE

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**        **Case #: 2024L003661**

**Brandon Smietana, et al.**

vs.

**Bradford Stephens, et al.**

Plaintiff

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Bradford Stephens**, at **1649 Fairfield Ave., Apt 7J, Chicago, IL 60647**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 06/12/2024 | 04:35 PM | This is a single family home. There are no names on the doorbell or mailbox. I rang the bell and I knocked on the door. No answer. |
| 06/13/2024 | 11:26 AM | I rang the bell and I knocked on the door. No answer. I cannot see inside of the property. The back gate is locked. |
| 06/16/2024 | 06:02 PM | I rang the bell and I knocked on the door. No answer. I cannot see inside of the property. |
| 06/20/2024 | 04:54 PM | I spoke with a W/M, 40, who said he is currently renting this house for a couple of days. He said this house is an Airbnb. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 6/25/2024.

Steven A. Stosur
Registration No: 117-001119