# EXHIBIT B

# CERTIFICATE OF NON SERVICE

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**　　　　　　Case #: 2024L003661

**Brandon Smietana, et al.** — Plaintiff

vs.

**Bradford Stephens, et al.** — Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Morgen E. Peck**, at **76 Canal St., 3rd Floor, New York, NY 10002**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Reason |
|---|---|---|
| 06/14/2024 | 07:10 PM | This is a old tenement building with a store front on the ground level and apartment units above. The entrance to the apartments is locked. There are no bells, no directory and no names listed. |
| 06/19/2024 | 12:30 PM | Unable to gain access to units. |
| 06/25/2024 | 08:40 AM | Unable to gain access to units. |



Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 7/10/2024.

*KELVI FRIAS*
Kelvi A. Frias, Lic # 1232446

CLIENT: Barney & Karamanis, LLP
FILE #:

# CERTIFICATE OF NON SERVICE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                    Case #: 2024L003661

**Brandon Smietana, et al.**

Plaintiff

vs.

**Bradford Stephens, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Morgen Peck**, at **76 Canal St #5FL, New York, NY 10002**, with the **Alias Summons & Second Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

10/10/2024   07:50 PM   No answer. There are apartments over a store front. No bells and unable to get upstairs.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 10/16/2024.

*KELVI FRIAS*
Kelvi A. Frias, Lic # 1232446

CLIENT: Barney & Karamanis, LLP
FILE #:

Job #: 589302

## CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 24-cv-08617

Brandon Smietana, et al.

Plaintiff

vs.

Bradford Stephens, et al

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Morgen Peck**, at **1211 Avenue of The Americas, New York, NY 10036**, with the **Alias Summons & Third Amended Complaint; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 03/27/2025 | 02:30 PM | Building's Concierge won't call upstairs, stated that I should call the company directly. |
| 04/08/2025 | 11:34 AM | Concierge called office, receptionist stated that defendant does not work at this office. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 4/16/2025.

Kelvi Frias
Registration No: #1232446

CLIENT: Barney & Karamanis, LLP
FILE #:

Phone: (312) 553-5300

Fax: (312) 344-1901

Cell: (219) 629-0047

**From:** Judicial Attorney Services, Inc. <office@processserver.pro>
**Sent:** Friday, April 11, 2025 10:43 AM
**To:** Bonnie Luttrell <bonnie@bkchicagolaw.com>
**Subject:** Re: Fw: Service Attempt Update

This is what I see for Morgen E Peck:

| | | |
|---|---|---|
| 76 CANAL ST FL 5<br>NEW YORK, NY 10002-6029 | Household Listing<br>Experian<br>Experian Gateway | 01/01/2000 - 01/26/2025<br>05/22/2003 - 07/29/2022<br>05/22/2003 - 07/29/2022 |



Illinois - Indiana - Arizona - Delaware

Corporate mailing address: PO Box 583, Geneva, IL 60134

p: (630) 221-9007

w: www.ProcessServer.pro

office locations

On Fri, Apr 11, 2025 at 10:15 AM Bonnie Luttrell <bonnie@bkchicagolaw.com> wrote:

How about anywhere in NY...

6

Bonnie Luttrell, Paralegal

**Barney & Karamanis, LLP.**

Two Prudential Plaza

180 N. Stetson, Suite 3050

Chicago, IL. 60601

Phone: (312) 553-5300

Fax: (312) 344-1901

Cell: (219) 629-0047

**From:** Judicial Attorney Services, Inc. <office@processserver.pro>
**Sent:** Friday, April 11, 2025 9:52 AM
**To:** Bonnie Luttrell <bonnie@bkchicagolaw.com>
**Subject:** Re: Fw: Service Attempt Update

No hit on that name in Manhattan, NY.



Illinois - Indiana - Arizona - Delaware

Corporate mailing address: PO Box 583, Geneva, IL 60134

p: (630) 221-9007

w: www.ProcessServer.pro

office locations

On Fri, Apr 11, 2025 at 9:42 AM Bonnie Luttrell <bonnie@bkchicagolaw.com> wrote:

> Please do vehicle search and utilities search on Morgen E. Peck, Manhattan, NY.

7

Phone: (312) 553-5300

Fax: (312) 344-1901

Email: Legalassistant22@bkchicagolaw.com

NOTE: This e-mail is from a law firm, Barney & Karamanis, LLP ("BK"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of BK, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to BK in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of BK, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**From:** Judicial Attorney Services Inc. <office@processserver.pro>
**Sent:** Friday, April 11, 2025 8:13 AM
**To:** Leticia Gamino <legalassistant22@bkchicagolaw.com>
**Subject:** Service Attempt Update

**This is an automated message. A new attempt has been made on the following job(s):**
**Our Job #:** 614068
**Your Reference Number:**
**Party To Be Served:** Morgen Peck
**Service Address:** 1211 Avenue of The Americas, New York, NY 10036

04/08/2025 - 11:34 AM
Concierge called office, receptionist stated that defendant does not work at this office. Server: Kelvi Frias, #1232446

Judicial Attorney Services Inc.
PO Box 583
Geneva, IL 60134-0583
Phone: (630) 221-9007
Email: office@ProcessServer.pro

# INVOICE

**Bill To**
Bonnie Luttrell
Barney & Karamanis, LLP
180 N Stetson, Suite 3050
Chicago, IL 60601
(312) 553-5300

**INVOICE #:** 279559

**TOTAL DUE:** $0.00

| 0-30 Days | 31+ | 61+ | 91+ |
|---|---|---|---|
| $3,207.85 | $632.55 | $0.00 | $0.00 |

Case #:
Plaintiff:
Defendant:

Client Reference #:
Serve To: Morgen E. Peck (skip trace)

| Job # | Job Description | Qty | Price | Total |
|---|---|---|---|---|
| 492917 | Investigative search fee | 1 | $75.00 | $75.00 |

Amount Due: **$75.00**

TERMS: Payment due upon receipt
FEIN: 36-4438788

Pay your invoice securely online at www.PayJudicial.com or via PayPal at paypal.me/judicial. Zelle payments can be sent to office@ProcessServer.pro. We accept checks and e-checks as well.