UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Brandon Smietana, et al.
                      Plaintiff,

v.                                                        Case No.: 1:24−cv−08617
                                                         Honorable John Robert Blakey

Bradford Stephens, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2025:

       MINUTE entry before the Honorable John Robert Blakey: In light of Defendant Catherine Byerly's' motion to dismiss [76], the Court advises Plaintiffs to review the Court's Standing Order on Motions to Dismiss, which is available on the Court's homepage. Consistent with the purpose of the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Court's Standing Order requires Plaintiffs to make an election as to whether they will amend the complaint under Rule 15(a)(1), or stand on the current complaint and proceed with briefing on the motions to dismiss. To this end, Plaintiffs shall, by 6/27/25, file either: (1) an amended complaint; or (2) a response to the motions to dismiss. If Plaintiffs elect to respond, Defendant shall file her reply by 7/11/25. If Plaintiffs elect to amend, then Defendant shall file within 21 days of the amended pleading either: (1) an answer; or (2) a revised motion to dismiss. The 6/18/25 notice of motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.