## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRANDON SMIETANA, SKYCOIN
GLOBAL FOUNDATION LIMITED, a
Singapore company, and SYMBOLIC
ANALYTICS INC., a Delaware corporation,

    Plaintiffs,

v.

BRADFORD STEPHENS, AARON
KUNSTMAN, JOEL WAYNE CUTHRIELL,
MORGEN PECK, CATHERINE BYERLY,
ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE NEW YORKER, and UNKNOWN
INDIVIDUALS and COMPANIES,

    Defendants.

Civil Action No. 24-cv-08617

Judge: Honorable Hon. John Robert Blakey

Magistrate Judge: Hon. Keri L. Holleb
Hotaling

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker ("The New Yorker"), by its counsel, respectfully requests that this Court grant Nimra H. Azmi leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. Nimra H. Azmi was granted leave to appear *pro hac vice* on behalf of The New Yorker on November 20, 2024. DE 34, 36.

2. Ms. Azmi will be leaving the firm of Davis Wright Tremaine LLP effective April 10, 2026.

3. The New Yorker will continue to be represented by the undersigned counsel from the firms of Davis Wright Tremaine LLP and Bryan Cave Leighton Paisner LLP.

4913-5674-1278v.2 3970178-000015

WHEREFORE, Plaintiffs respectfully request that the Court grant Nimra H. Azmi leave to withdraw as one of the attorneys of record for The New Yorker in this action.

Dated: April 10, 2026

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Katherine Bolger*
Katherine M. Bolger
1251 Avenue of the Americas, Floor 21
New York, NY 10020
Phone: (212) 489-8230
katebolger@dwt.com

Brian Sher
Steve Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark, Suite 4300
Chicago, Illinois 60601
Phone: (312) 602-5000
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Defendant Advance Magazine Publishers Inc. d/b/a The New Yorker*

2